**Peter A. Sharp - 0006113 - Greystone Master**

## Pay Statement

| | | |
|---|---|---|
| Greystone Servicing Corporation, Inc.<br>6629 Spring Street<br>Suite A<br>Douglasville, GA 30134-1759 | Peter A. Sharp<br>5637 Western Ave NW<br><br>Washington, DC  20015<br>USA | Date          09/15/2009<br>Document  517308028<br>Net pay     $1,083.32<br>*Non-negotiable/view only* |

### Pay Details

| | | | | | |
|---|---|---|---|---|---|
| **Employee number** | 0006113 | **Period start** | 09/01/2009 | **Federal income tax** | M 29 |
| **SSN** | xxx-xx-3983 | **Period end** | 09/15/2009 | **State income tax (residence)** | M 10 |
| **Location** | Bethesda Ofc | **Pay group** | G Servicing SemiMonthly | **State income tax (work)** | M 4 |
| **Division** | GreyCo | **Job** | Originator - FNMA DUS | | |
| **Establishmnt** | | **Pay rate** | $144.24 | | |
| **Department** | Orig/Sales/Rlshp Mgrs | **Pay frequency** | Semi-Monthly | | |
| **Business Lin** | Fannie Mae - DUS | | | | |

### Earnings

| | Hours | Pay rate | Current | YTD |
|---|---|---|---|---|
| Bonus-Other | 0.0000 | $0.00 | $0.00 | ($25,367.83) |
| Cmsn Monthly | 0.0000 | $0.00 | $0.00 | $283,883.49 |
| GTL - Corporate | 0.0000 | $0.00 | $32.25 | $548.25 |
| NT Exp Reimb | 0.0000 | $0.00 | $0.00 | $6,835.12 |
| Regular Corp | 86.6600 | $144.24 | $12,500.00 | $212,500.00 |

### Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 6.5760 | -19.3250 |

### Deductions

| | Pre-tax | Employee Current | YTD |
|---|---|---|---|
| BCBS - Med | Yes | $350.00 | $5,950.00 |
| Delta Dental | Yes | $43.90 | $746.30 |
| FSA Healthcare | Yes | $100.00 | $1,700.00 |
| Garnishment | No | $2,474.26 | $4,948.52 |
| Garnishment % 1 | No | $0.00 | $26,161.70 |
| GTL - Corporate | No | $32.25 | $548.25 |
| Other | No | $0.00 | $64,358.99 |
| Tax Levy 1 | No | $5,813.29 | $11,626.57 |

### Taxes

| Taxes | Current | YTD |
|---|---|---|
| DC Income Tax | $904.28 | $36,751.70 |
| Employee Medicare | $174.56 | $6,715.99 |
| Federal Income Tax | $1,556.39 | $95,797.44 |
| Social Security Employee Tax | $0.00 | $6,621.60 |

### Net Pay Distribution

| Account | Type | Amount |
|---|---|---|
| xxxxxx4388 | Checking | $1,083.32 |
| Total | | $1,083.32 |

### Pay Summary

| | Gross | FIT taxable wages | Taxes | Deductions | Net pay |
|---|---|---|---|---|---|
| **Current** | $12,532.25 | $12,038.35 | $2,635.23 | $8,813.70 | $1,083.32 |
| **YTD** | $478,399.03 | $463,167.61 | $145,886.73 | $116,040.33 | $216,471.97 |

*Originally printed in English*

**Peter A. Sharp - 0006113 - Greystone Master**

# Pay Statement

| Greystone Servicing Corporation, Inc.<br>6629 Spring Street<br>Suite A<br>Douglasville, GA 30134-1759 | Peter A. Sharp<br>5637 Western Ave NW<br><br>Washington, DC  20015<br>USA | Date  08/28/2009<br>Document  517307835<br>Net pay  $1,083.33<br>*Non-negotiable/view only* |
|---|---|---|

## Pay Details

| Employee number | 0006113 | Period start | 08/16/2009 | Federal income tax | M 29 |
|---|---|---|---|---|---|
| SSN | xxx-xx-3983 | Period end | 08/31/2009 | State income tax (residence) | M 10 |
| Location | Bethesda Ofc | Pay group | G Servicing SemiMonthly | State income tax (work) | M 4 |
| Division | GreyCo | Job | Originator - FNMA DUS | | |
| Establishmnt | | Pay rate | $144.24 | | |
| Department | Orig/Sales/Rlshp Mgrs | Pay frequency | Semi-Monthly | | |
| Business Lin | Fannie Mae | | | | |

## Earnings

| | Hours | Pay rate | Current | YTD |
|---|---|---|---|---|
| Bonus-Other | 0.0000 | $0.00 | $0.00 | ($25,367.83) |
| Cmsn Monthly | 0.0000 | $0.00 | $0.00 | $283,883.49 |
| GTL - Corporate | 0.0000 | $0.00 | $32.25 | $516.00 |
| NT Exp Reimb | 0.0000 | $0.00 | $0.00 | $6,835.12 |
| Regular Corp | 86.6600 | $144.24 | $12,500.00 | $200,000.00 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 7.0144 | 58.0954 |

## Deductions

| | Employee | | | 
|---|---|---|---|
| | Pre-tax | Current | YTD |
| BCBS - Med | Yes | $350.00 | $5,600.00 |
| Delta Dental | Yes | $43.90 | $702.40 |
| FSA Healthcare | Yes | $100.00 | $1,600.00 |
| Garnishment | No | $2,474.26 | $2,474.26 |
| Garnishment % 1 | No | $0.00 | $26,161.70 |
| GTL - Corporate | No | $32.25 | $516.00 |
| Other | No | $0.00 | $64,358.99 |
| Tax Levy 1 | No | $5,813.28 | $5,813.28 |

## Taxes

| Taxes | Current | YTD |
|---|---|---|
| DC Income Tax | $904.28 | $35,847.42 |
| Employee Medicare | $174.56 | $6,541.43 |
| Federal Income Tax | $1,556.39 | $94,241.05 |
| Social Security Employee Tax | $0.00 | $6,621.60 |

## Net Pay Distribution

| Account | Type | Amount |
|---|---|---|
| xxxxxx4388 | Checking | $1,083.33 |
| Total | | $1,083.33 |

## Pay Summary

| | Gross | FIT taxable wages | Taxes | Deductions | Net pay |
|---|---|---|---|---|---|
| **Current** | $12,532.25 | $12,038.35 | $2,635.23 | $8,813.69 | $1,083.33 |
| **YTD** | $465,866.78 | $451,129.26 | $143,251.50 | $107,226.63 | $215,388.65 |

*Originally printed in English*

**Peter A. Sharp - 0006113 - Greystone Master**

# Pay Statement

| | | |
|---|---|---|
| Greystone Servicing Corporation, Inc.<br>6629 Spring Street<br>Suite A<br>Douglasville, GA 30134-1759 | Peter A. Sharp<br>5637 Western Ave NW<br><br>Washington, DC  20015<br>USA | Date          08/14/2009<br>Document   517307642<br>Net pay     $6,896.61<br>*Non-negotiable/view only* |

## Pay Details

| | | | | | |
|---|---|---|---|---|---|
| Employee number | 0006113 | Period start | 08/01/2009 | Federal income tax | M 29 |
| SSN | xxx-xx-3983 | Period end | 08/15/2009 | State income tax (residence) | M 10 |
| Location | Bethesda Ofc | Pay group | G Servicing SemiMonthly | State income tax (work) | M 4 |
| Division | GreyCo | | | | |
| Establishmnt | | Job | Originator - FNMA DUS | | |
| Department | Orig/Sales/Rlshp Mgrs | Pay rate | $144.24 | | |
| Business Lin | Fannie Mae | Pay frequency | Semi-Monthly | | |

## Earnings

| | Hours | Pay rate | Current | YTD |
|---|---|---|---|---|
| Bonus-Other | 0.0000 | $0.00 | $0.00 | ($25,367.83) |
| Cmsn Monthly | 0.0000 | $0.00 | $0.00 | $283,883.49 |
| GTL - Corporate | 0.0000 | $0.00 | $32.25 | $483.75 |
| NT Exp Reimb | 0.0000 | $0.00 | $0.00 | $6,835.12 |
| Regular Corp | 86.6600 | $144.24 | $12,500.00 | $187,500.00 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 6.5760 | 131.0750 |

## Deductions

| | | Employee | |
|---|---|---|---|
| | Pre-tax | Current | YTD |
| BCBS - Med | Yes | $350.00 | $5,250.00 |
| Delta Dental | Yes | $43.90 | $658.50 |
| FSA Healthcare | Yes | $100.00 | $1,500.00 |
| Garnishment % 1 | No | $2,474.26 | $26,161.70 |
| GTL - Corporate | No | $32.25 | $483.75 |
| Other | No | $0.00 | $64,358.99 |

## Taxes

| Taxes | Current | YTD |
|---|---|---|
| DC Income Tax | $904.28 | $34,943.14 |
| Employee Medicare | $174.56 | $6,366.87 |
| Federal Income Tax | $1,556.39 | $92,684.66 |
| Social Security Employee Tax | $0.00 | $6,621.60 |

## Net Pay Distribution

| Account | Type | Amount |
|---|---|---|
| xxxxxx4388 | Checking | $6,896.61 |
| Total | | $6,896.61 |

## Pay Summary

| | Gross | FIT taxable wages | Taxes | Deductions | Net pay |
|---|---|---|---|---|---|
| Current | $12,532.25 | $12,038.35 | $2,635.23 | $3,000.41 | $6,896.61 |
| YTD | $453,334.53 | $439,090.91 | $140,616.27 | $98,412.94 | $214,305.32 |

*Originally printed in English*

**Peter A. Sharp - 0006113 - Greystone Master**

# Pay Statement

| | | |
|---|---|---|
| Greystone Servicing Corporation, Inc.<br>6629 Spring Street<br>Suite A<br>Douglasville, GA 30134-1759 | Peter A. Sharp<br>5637 Western Ave NW<br><br>Washington, DC  20015<br>USA | Date           07/30/2009<br>Document   517307448<br>Net pay     $6,896.61<br>*Non-negotiable/view only* |

## Pay Details

| | | | | | |
|---|---|---|---|---|---|
| **Employee number** | 0006113 | **Period start** | 07/16/2009 | **Federal income tax** | M 29 |
| **SSN** | xxx-xx-3983 | **Period end** | 07/31/2009 | **State income tax (residence)** | M 10 |
| **Location** | Bethesda Ofc | **Pay group** | G Servicing SemiMonthly | **State income tax (work)** | M 4 |
| **Division** | GreyCo | **Job** | Originator - FNMA DUS | | |
| **Establishmnt** | | **Pay rate** | $144.24 | | |
| **Department** | Orig/Sales/Rlshp Mgrs | **Pay frequency** | Semi-Monthly | | |
| **Business Lin** | Fannie Mae | | | | |

## Earnings

| | Hours | Pay rate | Current | YTD |
|---|---|---|---|---|
| Bonus-Other | 0.0000 | $0.00 | $0.00 | ($25,367.83) |
| Cmsn Monthly | 0.0000 | $0.00 | $0.00 | $267,424.74 |
| GTL - Corporate | 0.0000 | $0.00 | $32.25 | $451.50 |
| NT Exp Reimb | 0.0000 | $0.00 | $0.00 | $6,835.12 |
| Regular Corp | 86.6600 | $144.24 | $12,500.00 | $175,000.00 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 7.0144 | 124.4990 |

## Deductions

| | | Employee | |
|---|---|---|---|
| | Pre-tax | Current | YTD |
| BCBS - Med | Yes | $350.00 | $4,900.00 |
| Delta Dental | Yes | $43.90 | $614.60 |
| FSA Healthcare | Yes | $100.00 | $1,400.00 |
| Garnishment % 1 | No | $2,474.26 | $23,687.44 |
| GTL - Corporate | No | $32.25 | $451.50 |
| Other | No | $0.00 | $64,358.99 |

## Taxes

| Taxes | Current | YTD |
|---|---|---|
| DC Income Tax | $904.28 | $32,758.85 |
| Employee Medicare | $174.56 | $5,953.66 |
| Federal Income Tax | $1,556.39 | $88,183.00 |
| Social Security Employee Tax | $0.00 | $6,621.60 |

## Net Pay Distribution

| Account | Type | Amount |
|---|---|---|
| xxxxxx4388 | Checking | $6,896.61 |
| Total | | $6,896.61 |

## Pay Summary

| | Gross | FIT taxable wages | Taxes | Deductions | Net pay |
|---|---|---|---|---|---|
| **Current** | $12,532.25 | $12,038.35 | $2,635.23 | $3,000.41 | $6,896.61 |
| **YTD** | $424,343.53 | $410,593.81 | $133,517.11 | $95,412.53 | $195,413.89 |

*Originally printed in English*

**Peter A. Sharp - 0006113 - Greystone Master**

## Pay Statement

| | | |
|---|---|---|
| Greystone Servicing Corporation, Inc.<br>6629 Spring Street<br>Suite A<br>Douglasville, GA 30134-1759 | Peter A. Sharp<br>5637 Western Ave NW<br><br>Washington, DC  20015<br>USA | **Date**          07/30/2009<br>**Document**  517307449<br>**Net pay**     $11,994.82<br>*Non-negotiable/view only* |

### Pay Details

| | | | | | |
|---|---|---|---|---|---|
| **Employee number** | 0006113 | **Period start** | 07/16/2009 | **Federal income tax** | M 29 |
| **SSN** | xxx-xx-3983 | **Period end** | 07/31/2009 | **State income tax (residence)** | M 10 |
| **Location** | Bethesda Ofc | **Pay group** | G Servicing SemiMonthly | **State income tax (work)** | M 4 |
| **Division** | GreyCo | **Job** | Originator - FNMA DUS | | |
| **Establishmnt** | | **Pay rate** | $144.24 | | |
| **Department** | Orig/Sales/Rlshp Mgrs | **Pay frequency** | Semi-Monthly | | |
| **Business Lin** | Fannie Mae | | | | |

### Earnings

| | Hours | Pay rate | Current | YTD |
|---|---|---|---|---|
| Bonus-Other | 0.0000 | $0.00 | $0.00 | ($25,367.83) |
| Cmsn Monthly | 0.0000 | $0.00 | $16,458.75 | $283,883.49 |
| GTL - Corporate | 0.0000 | $0.00 | $0.00 | $451.50 |
| NT Exp Reimb | 0.0000 | $0.00 | $0.00 | $6,835.12 |
| Regular Corp | 0.0000 | $0.00 | $0.00 | $175,000.00 |

### Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 0.0000 | 124.4990 |

### Deductions

| | | Employee | |
|---|---|---|---|
| | Pre-tax | Current | YTD |
| BCBS - Med | Yes | $0.00 | $4,900.00 |
| Delta Dental | Yes | $0.00 | $614.60 |
| FSA Healthcare | Yes | $0.00 | $1,400.00 |
| Garnishment % 1 | No | $0.00 | $23,687.44 |
| GTL - Corporate | No | $0.00 | $451.50 |
| Other | No | $0.00 | $64,358.99 |

### Taxes

| Taxes | Current | YTD |
|---|---|---|
| DC Income Tax | $1,280.01 | $34,038.86 |
| Employee Medicare | $238.65 | $6,192.31 |
| Federal Income Tax | $2,945.27 | $91,128.27 |
| Social Security Employee Tax | $0.00 | $6,621.60 |

### Net Pay Distribution

| Account | Type | Amount |
|---|---|---|
| xxxxxx4388 | Checking | $11,994.82 |
| Total | | $11,994.82 |

### Pay Summary

| | Gross | FIT taxable wages | Taxes | Deductions | Net pay |
|---|---|---|---|---|---|
| **Current** | $16,458.75 | $16,458.75 | $4,463.93 | $0.00 | $11,994.82 |
| **YTD** | $440,802.28 | $427,052.56 | $137,981.04 | $95,412.53 | $207,408.71 |

*Originally printed in English*