## U.S. Trustee Basic Monthly Operating Report

Case Name: Peter Sharp  
Date Filed: 9/21/2001 

Case Number: 09-00826  
SIC Code: _____

Month (or portion) covered by this report: Sept 2011

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THIS U.S. TRUSTEE BASIC MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS ON BEHALF OF THE CHAPTER 11 DEBTOR AND, TO THE BEST OF MY KNOWLEDGE, THIS REPORT AND RELATED DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

_____  
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY

10-11-11  
DATE REPORT SIGNED

Peter Sharp  
PRINTED NAME OF RESPONSIBLE PARTY AND POSITION WITH DEBTOR

The debtor is required to provide financial reports prepared by or for the debtor in addition to the information required by this form. The U.S. Trustee may permit the debtor to eliminate duplicative information. No such permission is valid unless in writing.

QUESTIONNAIRE:

|  | YES | NO |
|---|---|---|
| 1. IS THE BUSINESS STILL OPERATING? N/A | ☐ | ☐ |
| 2. DID YOU SELL ANY ASSETS OTHER THAN INVENTORY THIS MONTH? N/A | ☐ | ☐ |
| 3. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☒ |
| 4. DID YOU PAY ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☒ |
| 5. DID YOU PAY ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 6. DID YOU PAY YOUR EMPLOYEES ON TIME? N/A | ☐ | ☐ |
| 7. HAVE YOU FILED ALL OF YOUR RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH? | ☒ | ☐ |
| 8. DID YOU PAY ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 9. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☒ |
| 10. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☒ |
| 11. DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☒ | ☐ |
| 12. DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☒ |

|  | Yes | No |
|---|---|---|
| 13. DID YOU DEPOSIT ALL MONEY FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☐ | ☒ |
| 14. DID THE BUSINESS SELL ANY GOODS OR PROVIDE SERVICES TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 15. DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? N/A | ☐ | ☐ |
| 16. ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE UST? | ☒ | ☐ |

**TAXES**

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?  ☐ ☒

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

(Exhibit A)

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. (If you use an automated accounting system, please attach a copy of the Income Statement and Balance Sheet.)

TOTAL INCOME  54,707.00

(Exhibit B)

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS PAID THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. [If you use an automated accounting system, please attach a copy of the Disbursements Journal, otherwise attach a copy of the check register.]

TOTAL EXPENSES  45,203.91

(Exhibit C)

## CASH PROFIT

INCOME FOR THE MONTH (TOTAL FROM EXHIBIT B)   54,707.00
EXPENSES FOR THE MONTH (TOTAL FROM EXHIBIT C)   45,203.91

(Subtract The Total from Exhibit C from the Total of Exhibit B)

CASH PROFIT FOR THE MONTH  9,503

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE.

TOTAL PAYABLES  NA

(Exhibit D)

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE.

TOTAL RECEIVABLES  NA

(EXHIBIT E)

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT.

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?  NA
NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?  NA

## PROFESSIONAL FEES

2

TOTAL PROFESSIONAL FEES APPROVED BY THE COURT DURING THIS REPORTING PERIOD?   N/A
TOTAL PROFESSIONAL FEES APPROVED BY THE COURT SINCE THE FILING OF THE CASE?   _____
TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR DURING THIS REPORTING PERIOD?   _____
TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR SINCE THE FILING OF THE CASE?   _____
PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR RELATED TO BANKRUPTCY DURING THIS REPORTING PERIOD?   _____
PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR RELATED TO BANKRUPTCY SINCE THE FILING OF THE CASE?   _____

### PROJECTIONS

COMPARE YOUR ACTUAL INCOME, EXPENSES AND THE CASH PROFIT TO THE PROJECTIONS FOR THE FIRST 180-DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

PROJECTED INCOME FOR THE MONTH:   _____
ACTUAL INCOME FOR THE MONTH (EXHIBIT B):   _____
DIFFERENCE BETWEEN PROJECTED AND ACTUAL INCOME:   _____

PROJECTED EXPENSES FOR THE MONTH:   _____
TOTAL ACTUAL EXPENSES FOR THE MONTH (EXHIBIT C):   _____
DIFFERENCE BETWEEN PROJECTED AND ACTUAL EXPENSES:   _____

PROJECTED CASH PROFIT FOR THE MONTH:   _____
ACTUAL CASH PROFIT FOR THE MONTH
(TOTAL FROM EXHIBIT B MINUS TOTAL FROM EXHIBIT C)   _____

DIFFERENCE BETWEEN PROJECTED AND ACTUAL CASH PROFIT:   _____

**[If actual cash profit was 90% or less of projected cash profit, please attach a detailed written explanation.]**

3

Account # ███████ History
09-01-2011 to 09-30-2011

| Date | Check # | Transaction Description | Credit | Debit | Balance |
|---|---|---|---|---|---|
| 09-30-2011 | | ATM Fee Rebate | 7.00 | | 17,359.44 |
| 09-29-2011 | | Point Of Sale Withdrawal SAFEWAY STORE 00029WASHINGTON DCUS | | 73.26 | 17,352.44 |
| 09-29-2011 | | Point Of Sale Withdrawal LIAS CHEVY CHASE MDUS | | 48.89 | 17,425.70 |
| 09-28-2011 | | Point Of Sale Withdrawal BANGKOK JOE'S LLC WASHINGTON DCUS | | 46.67 | 17,474.59 |
| 09-28-2011 | 2552 | 2552 | | 65.00 | 17,521.26 |
| 09-28-2011 | | Point Of Sale Withdrawal SHELL OIL 575427645WASHINGTON DCUS | | 75.55 | 17,586.26 |
| 09-28-2011 | | Descriptive Deposit Transfer from ***5388 per P. Sharp's email request | 14,500.00 | | 17,661.81 |
| 09-28-2011 | | Point Of Sale Withdrawal WHOLEFDS CCH 10211 CHEVY CHASE MDUS | | 78.38 | 3,161.81 |
| 09-27-2011 | 2554 | 2554 | | 500.00 | 3,240.19 |
| 09-27-2011 | | Point Of Sale Withdrawal OFFICE DEPOT #207 WASHINGTON DCUS | | 34.97 | 3,740.19 |
| 09-27-2011 | | Point Of Sale Withdrawal WHOLEFDS CCH 10211 CHEVY CHASE MDUS | | 171.66 | 3,775.16 |
| 09-27-2011 | | Point Of Sale Withdrawal SUSHI KO CHEVY CHASCHEVY CHASE MDUS | | 89.20 | 3,946.82 |
| 09-27-2011 | | Point Of Sale Withdrawal JETBLUE 08005382583 UTUS | | 35.00 | 4,036.02 |
| 09-27-2011 | | Point Of Sale Withdrawal LIAS CHEVY CHASE MDUS | | 112.66 | 4,071.02 |
| 09-26-2011 | | Point Of Sale Withdrawal QUECHEE RESTAURANT QUECHEE VTUS | | 105.56 | 4,183.68 |
| 09-26-2011 | | Point Of Sale Withdrawal FOOT PRINTS INC WOODSTOCK VTUS | | 36.00 | 4,289.24 |
| 09-26-2011 | | Point Of Sale Withdrawal FOOT PRINTS INC WOODSTOCK VTUS | | 36.00 | 4,325.24 |
| 09-26-2011 | | Point Of Sale Withdrawal NEW LONDON INN RESTNEW LONDON NHUS | | 227.47 | 4,361.24 |
| 09-25-2011 | | Point Of Sale Withdrawal NEW LONDON INN NEW LONDON NHUS | | 374.96 | 4,588.71 |
| | | Point Of Sale Withdrawal | | | |

| Date | Ref | Description | Deposit | Withdrawal | Balance |
|---|---|---|---|---|---|
| 09-24-2011 | | NORDSTROM #535 BURLINGTON MAUS | | 318.19 | 4,963.67 |
| 09-23-2011 | | Point Of Sale Withdrawal CALYPSO BOSTON BOSTON MAUS | | 175.00 | 5,281.86 |
| 09-22-2011 | | External Withdrawal CAPITAL ONE - PHONE PYMT | | 232.40 | 5,456.86 |
| 09-21-2011 | 2550 | 2550 | | 115.00 | 5,689.26 |
| 09-21-2011 | | Point Of Sale Withdrawal ADOBE SYSTEMS INC.800-833-6687 WAUS | | 30.74 | 5,804.26 |
| 09-21-2011 | | Point Of Sale Withdrawal IPSA FOR HAIR WASHINGTON DCUS | | 260.28 | 5,835.00 |
| 09-21-2011 | | Withdrawal | | 300.00 | 6,095.28 |
| 09-21-2011 | | Deposit | 4,000.00 | | 6,395.28 |
| 09-21-2011 | | Point Of Sale Withdrawal SAKS FIFTH AVENUE #CHEVY CHASE MDUS | | 44.52 | 2,395.28 |
| 09-21-2011 | | Point Of Sale Withdrawal SAKS FIFTH AVENUE #CHEVY CHASE MDUS | | 315.88 | 2,439.80 |
| 09-20-2011 | | Point Of Sale Withdrawal STUDIO PIAZZA BETHESDA MDUS | | 60.00 | 2,755.68 |
| 09-20-2011 | 2551 | 2551 | | 100.00 | 2,815.68 |
| 09-20-2011 | 2545 | 2545 STUDENT LOAN PMT (PAYMENT) Accounts Receivable Entry SERIAL #: 2545 | | 111.72 | 2,915.68 |
| 09-20-2011 | | ATM Inquiry CITIBAN0090393 5700 CONN AV NW WASHNGTN DCUS | | 0.00 | 3,027.40 |
| 09-20-2011 | | ATM Withdrawal BANK OF GTOWN 1001 WISCONSIN AVE WASHINGTON DCUS | | 300.00 | 3,027.40 |
| 09-19-2011 | | Point Of Sale Withdrawal CVS PHARMACY #1346 WASHINGTON DCUS | | 47.87 | 3,327.40 |
| 09-19-2011 | 2546 | 2546 | | 3,000.00 | 3,375.27 |
| 09-19-2011 | 2549 | 2549 | | 4,000.00 | 6,375.27 |
| 09-19-2011 | 2548 | 2548 | | 80.56 | 10,375.27 |
| 09-19-2011 | | Point Of Sale Withdrawal CHEVY CHASE WINE + WASHINGTON DCUS | | 365.94 | 10,455.83 |
| 09-19-2011 | | Point Of Sale Withdrawal BREAD + CHOCOLATE -WASHINGTON DCUS | | 15.99 | 10,821.77 |
| 09-19-2011 | | Point Of Sale Withdrawal FISHERY SEAFOOD MARWASHINGTON DCUS | | 7.18 | 10,837.76 |
| 09-19-2011 | | External Deposit JANNEYMONTGOMERY - CREDIT | 3,700.00 | | 10,844.94 |
| 09-19-2011 | | Point Of Sale Withdrawal SXM*SIRIUSXM.COM AC888-635-5144 NYUS | | 80.23 | 7,144.94 |
| 09-19-2011 | | Point Of Sale Withdrawal WHOLEFDS CCH 10211 CHEVY CHASE MDUS | | 35.58 | 7,225.17 |
| 09-18-2011 | | Point Of Sale Withdrawal PAPYRUS #2248 CHEVY CHASE MDUS | | 16.80 | 7,260.75 |
| | | ATM Withdrawal NEIMAN MARCUS - | | | |

| Date | Ref | Description | Deposit | Amount | Balance |
|---|---|---|---|---|---|
| 09-17-2011 | | 5300 WISCONSIN AVE WASHINGTON DCUS | | 101.50 | 7,277.55 |
| 09-16-2011 | | Point Of Sale Withdrawal SAFEWAY STORE00048WASHINGTON DCUS | | 145.63 | 7,379.05 |
| 09-16-2011 | 2547 | 2547 | | 40.00 | 7,524.68 |
| 09-16-2011 | 2544 | 2544 | | 120.00 | 7,564.68 |
| 09-16-2011 | | Point Of Sale Withdrawal SHELL OIL 575427645WASHINGTON DCUS | | 70.80 | 7,684.68 |
| 09-16-2011 | | Point Of Sale Withdrawal ANTHROPOLOGIE #0402ROCKVILLE MDUS | | 174.80 | 7,755.48 |
| 09-16-2011 | | Point Of Sale Withdrawal WHOLEFDS CCH 10211 CHEVY CHASE MDUS | | 133.55 | 7,930.28 |
| 09-16-2011 | | Point Of Sale Withdrawal MINH'S RESTAURANT ARLINGTON VAUS | | 31.92 | 8,063.83 |
| 09-15-2011 | | Point Of Sale Withdrawal FISHERY SEAFOOD MARWASHINGTON DCUS | | 24.18 | 8,095.75 |
| 09-15-2011 | | Point Of Sale Withdrawal CRATE + BARREL #605WASHINGTON DCUS | | 316.94 | 8,119.93 |
| 09-15-2011 | | ATM Withdrawal BANK OF GTOWN 1001 WISCONSIN AVE WASHINGTON DCUS | | 120.00 | 8,436.87 |
| 09-15-2011 | | Descriptive Withdrawal Frank M Hetrick Loan 1010118790 Interest Payment | | 6,927.07 | 8,556.87 |
| 09-15-2011 | | Point Of Sale Withdrawal CIRCLE WINE+SPIRITSWASHINGTON DCUS | | 32.99 | 15,483.94 |
| 09-15-2011 | | Point Of Sale Withdrawal FLAGSHIP CARWASH WASHINGTON DCUS | | 19.95 | 15,516.93 |
| 09-14-2011 | | Point Of Sale Withdrawal LOOPNET INC 415-2434200 CAUS | | 49.95 | 15,536.88 |
| 09-14-2011 | 2542 | 2542 | | 74.20 | 15,586.83 |
| 09-14-2011 | 2543 | 2543 | | 115.00 | 15,661.03 |
| 09-14-2011 | | Point Of Sale Withdrawal SAFEWAY STORE00048WASHINGTON DCUS | | 88.77 | 15,776.03 |
| 09-14-2011 | | Descriptive Deposit Transfer from ***5388 per P. Sharp's email auth. | 14,500.00 | | 15,864.80 |
| 09-13-2011 | | Point Of Sale Withdrawal THE WILLCOX AIKEN SCUS | | 414.34 | 1,364.80 |
| 09-13-2011 | | Point Of Sale Withdrawal THE WILLCOX AIKEN SCUS | | 1,077.36 | 1,779.14 |
| 09-13-2011 | | Point Of Sale Withdrawal EXXONMOBIL 42254HALIFAX NCUS | | 63.74 | 2,856.50 |
| 09-13-2011 | | Point Of Sale Withdrawal J. CREW RETAIL #662WASHINGTON DCUS | | 84.27 | 2,920.24 |
| 09-12-2011 | | Point Of Sale Withdrawal FOLLY AIKEN SCUS | | 63.66 | 3,004.51 |
| 09-12-2011 | | Point Of Sale Withdrawal SOUTHERN INN LEXINGTON VAUS | | 42.52 | 3,068.17 |
| 09-12-2011 | | Point Of Sale Withdrawal KANGAROO EXP #3250 AIKEN SCUS | | 86.51 | 3,110.69 |
| | | Point Of Sale Withdrawal | | | |

| Date | Check # | Description | Deposit | Withdrawal | Balance |
|---|---|---|---|---|---|
| 09-12-2011 | | KANGAROO EXP #3257 AIKEN SCUS | | 46.72 | 3,197.20 |
| 09-12-2011 | | Point Of Sale Withdrawal USAIRWAY 800-428-4322 AZUS | | 180.90 | 3,243.92 |
| 09-10-2011 | | ATM Withdrawal Security Federa 100 Laurens St Aiken SCUS | | 202.50 | 3,424.82 |
| 09-10-2011 | | Point Of Sale Withdrawal PUBLIX #506 AIKEN SCUS | | 33.68 | 3,627.32 |
| 09-09-2011 | | External Withdrawal CAPITAL ONE - ONLINE PMT | | 1,000.00 | 3,661.00 |
| 09-09-2011 | | Point Of Sale Withdrawal PUBLIX #506 AIKEN SCUS | | 87.69 | 4,661.00 |
| 09-09-2011 | | Point Of Sale Withdrawal PUBLIX #506 AIKEN SCUS | | 24.58 | 4,748.69 |
| 09-08-2011 | 2540 | 2540 | | 1,750.00 | 4,773.27 |
| 09-08-2011 | 2539 | 2539 | | 1,915.00 | 6,523.27 |
| 09-08-2011 | 2538 | 2538 | | 430.00 | 8,438.27 |
| 09-08-2011 | | Point Of Sale Withdrawal KROGER #675 AIKEN SCUS | | 25.70 | 8,868.27 |
| 09-07-2011 | 2541 | 2541 MERCEDES (CHECKPAYMT) Accounts Receivable Entry SERIAL #: 2541 | | 865.00 | 8,893.97 |
| 09-07-2011 | | Descriptive Withdrawal Transfer to ***5388 | | 8,000.00 | 9,758.97 |
| 09-07-2011 | | Point Of Sale Withdrawal PUBLIX #506 AIKEN SCUS | | 155.31 | 17,758.97 |
| 09-07-2011 | | External Deposit JANNEYMONTGOMERY - CREDIT | 10,000.00 | | 17,914.28 |
| 09-06-2011 | | Point Of Sale Withdrawal TRAVEL INSURANCE 888-6166799 NEUS | | 84.00 | 7,914.28 |
| 09-06-2011 | | External Withdrawal CHUBB + SON - ONLINE PMT | | 696.49 | 7,998.28 |
| 09-06-2011 | | Point Of Sale Withdrawal CVS PHARMACY #1479 BETHESDA MDUS | | 59.60 | 8,694.77 |
| 09-06-2011 | | Point Of Sale Withdrawal LIFE'S ABUNDANCE IN877-387-4564 FLUS | | 80.99 | 8,754.37 |
| 09-06-2011 | | Point Of Sale Withdrawal LIAS CHEVY CHASE MDUS | | 65.81 | 8,835.36 |
| 09-05-2011 | | Point Of Sale Withdrawal SAFEWAY STORE00006WASHINGTON DCUS | | 40.73 | 8,901.17 |
| 09-05-2011 | | Point Of Sale Withdrawal ST REGIS WASHINGTONWASHINGTON DCUS | | 502.90 | 8,941.90 |
| 09-05-2011 | | Point Of Sale Withdrawal STROSNIDER HARDWAREBETHESDA MDUS | | 145.36 | 9,444.80 |
| 09-05-2011 | | Point Of Sale Withdrawal MATTRESS COMPANY-BEBETHESDA MDUS | | 710.20 | 9,590.16 |
| 09-03-2011 | | ATM Withdrawal CITIBAN0090392 5700 CONN AV NW WASHNGTN DCUS | | 303.00 | 10,300.36 |
| 09-03-2011 | | Point Of Sale Withdrawal OVR*OVERSTOCK.COM 800-8432446 UTUS 2531 | | 242.99 | 10,603.36 |

| Date | Check # | Description | Deposit | Withdrawal | Balance |
|---|---|---|---|---|---|
| 09-02-2011 | 2531 | | | 5,000.00 | 10,846.35 |
| 09-02-2011 | | External Deposit JANNEYMONTGOMERY - CREDIT | 8,000.00 | | 15,846.35 |
| 09-02-2011 | | Descriptive Deposit Transfer from ***5388 | | 8,000.00 | 7,846.35 |
| 09-01-2011 | | Overdraft Service Fee | | 10.00 | -153.65 |